B-6007-1 Abandon TR/DIP (rev 120116)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: )
MICHAEL SCOTT REISINGER ) Case No. 21-02558-JJG
Debtor(s). )

## NOTICE OF PROPOSED ABANDONMENT BY TRUSTEE

Joanne B. Friedmeyer, as Trustee, proposes to abandon the Real Estate commonly known as 615 Lennox St., Anderson, IN 46012 and more particularly described as follows:
Lot 194 In Homewood Addition, A Subdivsion In The City Of Anderson, Madison County, Indiana, The Plat Of Which Is Recorded In Plat Book 7, Page 79 And Re-Recorded In Plat Book 7, Page 94 In The Office Of The Recorder Of Madison County, Indiana.

NOTICE: <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to enter an order of abandonment, or if you want the court to consider your views on the motion, then on or before November 17, 2021 (14 days from the date of service), you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:
116 U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204
If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy of your objection to: Joanne B. Friedmeyer, 1389 West 86th Street, #280, Indianapolis, IN 46260

If you or your attorney do not take these steps, the court may decide that you do not oppose abandonment.

/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer, Trustee
JOANNE B. FRIEDMEYER, P.C.
1389 West 86th Street, #280
Indianapolis, IN 46260
Telephone: (317) 755-3103
JFriedmeyer@FriedmeyerLaw.com

B-6007-1 Abandon TR/DIP (rev 120116)

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

Matthew S Love    USDCSDECFBK@feiwellhannoy.com
Richard John Shea    ecf@sawinlaw.com, R57099@notify.bestcase.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
James T Young    james@rubin-levin.net, lking@rubin-levin.net;atty_young@bluestylus.com

I hereby further certify that on November 3, 2021 a copy of the foregoing was served upon

Capital One Bank (USA) NA by
American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

and those set forth on the attached matrix
by United States first-class mail, postage prepaid.

/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer
1389 West 86th Street, #280
Indianapolis, IN 46260
Telephone:    (317) 755-3103
JFriedmeyer@FriedmeyerLaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 21-02558-JJG-7A<br>Southern District of Indiana<br>Indianapolis<br>Wed Nov  3 12:15:50 EDT 2021 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O Box 183853<br>Arlington, TX 76096-3853 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| American Express National Bank<br>200 Vesey Street 43rd Floor<br>New York, NY 10285-0002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Automatic Devices Company<br>2121 S 12th Street<br>Allentown, PA 18103-4795 |
| Business Backer<br>10856 Reed Hartman Hwy<br>Suite 100<br>Cincinnati, OH 45242-0209 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Carnegie Fabrics<br>222 Merchandise Mart Plz<br>Suite 10-112<br>Chicago, IL 60654-1182 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555 700 Kansas Ln<br>Monroe, LA 71203 | Christopher Carl Hedges<br>8605 Broadway<br>Merrillville, IN 46410-7033 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Community Loan Servicing, LLC, a Delaware Li<br>4425 Ponce DeLeon Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Dell Financial Services<br>Po Box 81607<br>Austin, TX 78708-1607 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EBF Partners, LLC dba Everest Business<br>5 West 37th Street<br>Suite 100<br>New York, NY 10018-6222 | EBF Partners, LLC dba Everest Business<br>8200 N.W. 52nd Terrance<br>Suite 200<br>Miami, FL 33166-7852 |

| | | |
|---|---|---|
| Eastern Engineering<br>9901 Allisonville Road<br>Fishers, IN 46038-2006 | Eastern Engineering Supply, Inc.<br>c/o Jon D. Madison<br>400 S. Walnut St., Suite 200<br>Muncie, IN 47305-2482 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA 30374-0256 |
| Experian's National Consumer Assist Ctr.<br>PO Box 4500<br>Allen, TX 75013-1311 | ~~Joanne B. Friedmeyer~~<br>~~Joanne B. Friedmeyer Trustee~~<br>~~1389 West 86th Street~~<br>~~Ste #280~~<br>~~Indianapolis, IN 46260-2101~~ | (p)FUNDBOX INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 |
| Genesis BC/Celtic Bank<br>Attn: Bankruptcy<br>268 South State Street<br>Salt Lake City, UT 84111-5202 | Heritage Fabrics<br>4400 Fortune Ave NW<br>Concord, NC 28027-7901 | Hillsdale Business Park LLC<br>9450 Bryn Mawr Avenue Suite 750<br>Rosemont, IL 60018-5253 |
| Hillsdale Business Park LLC<br>c/o Sarah L. Fowler<br>201 N. Illinoi Street, South Tower, 16th<br>Indianapolis, IN 46204-1904 | Hillsdale Business Park LLC<br>c/o Weston E. Overturf<br>201 N. Illinois Street, South Tower, 16t<br>Indianapolis, IN 46204-1904 | Hsbc Bank Nevada Na<br>1111 Town Center Dr<br>Las Vegas, NV 89144-6364 |
| Huntington National Bank<br>17 S High St<br>Columbus, OH 43215-3413 | IDR<br>POB 0595<br>Indianapolis, IN 46206-0595 | (p)INDIANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY<br>100 N SENATE AVE N240 MS108<br>INDIANAPOLIS IN 46204-2253 |
| Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kabbage<br>730 Peachtree St Ne<br>Suite 1100<br>Atlanta, GA 30308-1263 |
| Kabbage<br>Business Loan Dispute Resolution<br>PO Box 77081<br>Atlanta, GA 30357-1081 | Kash Capital<br>475 Northern Blvd<br>Great Neck, NY 11021-4819 | Kash Capital<br>Berkovitch & Bouskila, PLLC<br>80 Broad Street, Suite 3303<br>New York, NY 10004-2209 |
| KeyBank/US Bank/CC<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | KeyBank/US Bank/CC<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Law Office of Matthew M. Cree LLC<br>PO BOX 7805<br>Greenwood, IN 46142-6427 |
| Levolor<br>Bldg. A<br>5775 Glendridge Drive<br>Atlanta, GA 30328-5380 | ~~Matthew S Love~~<br>~~Feiwell & Hannoy~~<br>~~8415 Allison Pointe Blvd~~<br>~~Suite 400~~<br>~~Indianapolis, IN 46250-4160~~ | MacAllister Rentals<br>6300 Southeastern Ave<br>Suite B<br>Indianapolis, IN 46203-5828 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Nelnet Loans<br>Attn: Bankruptcy Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 |

| | | |
|---|---|---|
| Nelnet Loans<br>Po Box 82561<br>Lincoln, NE 68501-2561 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>P O Box 59<br>Evansville, IN 47701-0059 |
| OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Par - CBSG<br>141 N 2nd Street<br>Philadelphia, PA 19106-2009 |
| PayPal Loanbuilder<br>c/o Swift Financial LLC<br>3505 Silverside Road<br>Wilmington, DE 19810-4905 | Michael Scott Reisinger<br>10710 Alyssa Way<br>Fishers, IN 46037-9061 | Reisinger Holdings, Inc.<br>10710 Alyssa Way<br>Fishers, IN 46037-9061 |
| SPD Textile & Drapery Inc<br>c/o Steven M Crell, Attorney<br>8888 Keystone Xing Blvd, Ste 800<br>Indianapolis, IN 46240-4616 | SPD Textile & Drapery, Inc.<br>C/O Stephen P. Dean<br>6896 Hawthorn Park Drive<br>Indianapolis, IN 46220-3909 | Sallie Mae<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | ~~Richard John Shea Jr.~~<br>~~Sawin & Shea, LLC~~<br>~~6100 N. Keystone~~<br>~~Suite 620~~<br>~~Indianapolis, IN 46220-2430~~ | Smarter Business<br>601 Ocean Pkwy Apt 8e<br>Brooklyn, NY 11218-5940 |
| Swift Financial, LLC<br>3505 Silverside Road<br>Suite 200<br>Wilmington, DE 19810-4905 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Teachers Credit Union<br>110s Main St<br>South Bend, IN 46601-1833 | Teachers Credit Union<br>Attn: Bankruptcy<br>Po Box 1395<br>South Bend, IN 46624-1395 | The Business Backer<br>10859 Reed Hartman HWY<br>Suite 100<br>Cincinnati, OH 45242 |
| TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA 19016-2000 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| US Small Business Administration<br>409 3rd St Sw<br>Washington, DC 20416-0005 | WebBank<br>215 S State Street<br>Suite 1000<br>Salt Lake City, UT 84111-2336 | ~~James T Young~~<br>Rubin & Levin P.C.<br>135 N. Pennsylvania St., Ste. 1400<br>~~Indianapolis, IN 46204-2489~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).